**Order entered January 29, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-20-01018-CV

## IN RE KEITH HARRELL, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF COVENANT EQUITY PARTNERS, LLC, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05710-2019**

### ORDER
Before Justices Pedersen, III and Garcia

Before the Court is relator's November 20, 2020 petition for writ of mandamus in which he challenges the trial court's order denying his motion to compel certain discovery. The Court requests that real parties in interest and respondent file a response, if any, to the petition for writ of mandamus by **February 18, 2021**.

/s/    BILL PEDERSEN, III
        JUSTICE